UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY THOMAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN *Folsom State Prison*, et al.<br><br>　　　　Respondents. | No.  2:23-cv-02741-DAD-EFB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITIONER'S MOTION TO STAY WITHOUT PREJUDICE<br><br>(Doc. No. 3, 8) |

　　　Petitioner William Henry Thomas is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 15, 2024, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion for a stay this action during the pendency of certain state court proceedings held pursuant to California Penal Code § 1172.6 (Doc. No. 3) be denied, without prejudice to petitioner filing a renewed motion to stay "after the court has directed service of the petition on respondent, so that respondent may argue for or against the proposed stay." (Doc. No. 8 at 2.)   The pending findings and recommendations were served upon petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days after

---

[1]  On September 3, 2024, petitioner filed a motion to proceed *in forma pauperis* that remains pending before the assigned magistrate judge.  (Doc. No. 9.)

1

service.  (*Id.* at 2.)  Petitioner did not file objections and the time in which to do so has passed.  The court notes, however, that in petitioner's pending motion to proceed *in forma pauperis*, he states that "in regards to the stay order[,] [he] agree[s] with the court's choice and accept[s] the denied recommendation of the court[]."  (Doc. No. 9 at 1.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 15, 2024 (Doc. No. 8) are adopted in full;

2. Petitioner's motion to stay this case (Doc. No. 3) is denied, without prejudice to petitioner filing a renewed motion after respondent has been served with the pending federal habeas petition; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **September 4, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2