UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY THOMAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF FOLSOM STATE PRISON,<br><br>Respondent. | No. 2:23-cv-02741-DAD-EFB (PC)<br><br><br><br>ORDER |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////
////
////
////
////
////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of
2 counsel (ECF No. 28) is denied without prejudice to a renewal of the motion at a later stage of the
3 proceedings.

5 Dated: September 12, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2